U.S. DIST. COURT
DIST. OF. CONN

JOSE A. JUSINO
V.
WOLF-CRAIG : July 17, 2023

SCANNED at and Emailed 7-27-23 by AF . 15 pages

# Complaint

1. This is an action filed pursuant to 42 U.S.C. §1983 in good faith, as well as in the best interest of justice by the plaintiff, a state sentenced prisoner, alleging violation of his constitutional right under the Eighth Amendment, and First Amendment of the U.S. Constitution

# Jurisdiction

2. This court has subject matter jurisdiction over this action pursuant to Title 28 U.S.C. Section 1331 & 1343 (A)(3) because this action arises under the constitution and law of the U.S. and because this action also seeks to redress the deprivation of constitutional right under color of law

## EXHAUSTION OF REMEDIES

3. Plaintiff has exhausted his administrative remedies.

## JURY TRIAL

4. This complaint contains a jury demand pursuant to Rule 38(B) of the Federal Rules of Civil Procedure and the rights secured under the Seventh Amendment to the U.S. Constitution.

## PARTIES

5. Plaintiff Jose A. Jusino has been incarcerated at all times relevant to this complaint under the care and custody of the Conn. D.O.C.

Defendant Dr. Wolf-Craig, at all relevant times to this complaint was/is the supervising psychologist at the Cheshire Corr Inst. She is being sued in her individual and official capacity.

## STATEMENT OF FACTS

6. Plaintiff has been diagnosed with multiple psychological disorders/conditions, which compromise his mental health including, but not limited to, various neurocognitive disorders/abnormal brain development/function.

7. Plaintiff was classified to isolation/restrictive/segregation housing unit for over thirteen (13) years, approaching the limit of human endurance during the period of plaintiff young adulthood, when his brain was still developing.

8. Plaintiff has a mental health classification of three (3) which Conn. Dept. of. Corr objecting classification manual mental health 3 assessment of mild or moderate mental health disorder/severe mental disorder under good control, may or may not be on psychotropic medication.

9. Conn D.O.C. Directive 8.5 Sec 7 states "An inmate with a current Mental Health Service needs score of 3 shall be seen no less frequently than once every 30 days by a qualified mental health professional for scheduled individual psychotherapy sessions."

10. August 18, 2022 Plaintiff had a mental health initial psychiatric evaluation which recommended mental health classification score 3.

11. Plaintiff Record has Records of Plaintiff history of self-harming behaviors / suicidal attempts, etc.. September 2, 2022 Plaintiff was placed in the medical infirmary under 24 hour watch for observation status for self-harming behavior and suicidal gestures, maladaptive behavior.

12. September 12, 2022, Plaintiff was transfered to the Cheshire Corr Inst which defendant Wolf-Craig is the supervising psychologist.

13. Defendant Wolf-Craig appointed herself as Plaintiff primary care giver and stated that Plaintiff will meet with her every 2 weeks

14. Plaintiff submitted a Health Service Administrative Remedy on Defendant Wolf-Craig, which has resulted in Defendant Wolf-Craig completly disregarding Plaintiff mental health needs/treatment, Plaintiff has not met with Defendant Wolf-Craig or any mental health staff every 2 weeks or at least once every 30 days.

15. Plaintiff has seen Defendant Wolf-Craig SEVERAL times in the Facility Halls and has ask Defendant Wolf-Craig about Plaintiff treatment which Defendant Wolf-Craig would completly ignore the plaintiff, Plaintiff has also submitted SEVERAL request requesting to be seen which has also been disregorded.

## LEGAL CLAIMS
### DELIBERATE INDIFFERENCE

Defendant Wolf-Craig deprived plaintiff of medical care to serious medical conditions and knew of and consciously disregarded an excessive risk to plaintiff health/safety

### RETALIATE

Defendant Wolf-Craig retaliated against the plaintiff right to mental health care, for plaintiff exercising his right to redress threw grievance.

## PRAYER FOR RELIEF

Wherefore, the plaintiff request that this court grants the following relief:
1. Injunctive Relief, requiring the Defendant to provide adequate treatment for plaintiff disorders
2. Punitive Damages
3. Nominal Damages
4. Cost of this action
5. Such other relief that the court deems to be appropriate and just

July 17, 2023

Plaintiff
Joss A. Jusino

6